UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN BARNHOUSE,

                    Plaintiff,                    CASE NO. C13-5796 RBL-JRC

          v.                                      ORDER

STEVE RICHMOND et al.

                    Defendants.

     The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court denies plaintiff's application to proceed in forma pauperis. Plaintiff has thirty days from entry of this order to pay the full three hundred and fifty dollar filing fee. If plaintiff fails to pay the full fee the Court dismisses this action without prejudice.

    DATED this 27th day of January, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE